Detention Order Petition (10/25/2011)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.                                                           Case No. 21-cr-30014

WILLIAM SAMUEL MCCANN, JR.

### ORDER OF REVOCATION AND DETENTION

BEFORE U.S. DISTRICT JUDGE COLLEEN R. LAWLESS:

On February 9, 2024, the Pro Se Defendant was in Court on Government's Motion to Revoke Pre-Trial Release. The Government requested revocation of his pretrial release and detention. After listening to proffers from each side and argument, the Court finds pursuant to 18 U.S.C. § 3148 that there is clear and convincing evidence that the Defendant has violated a condition of release and that he is unlikely to abide by any condition or combination of conditions of release. Defendant William Samuel McCann, Jr. is ordered detained.

WHEREFORE, the Defendant is committed to the custody of the United States Marshal Service for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with stand by defense counsel. On order of a Court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the U.S. Marshal for the purpose of an appearance in connection with a court proceeding herein.

DATED: February 9, 2024

COLLEEN R. LAWLESS
UNITED STATES DISTRICT JUDGE